437 P.2d 166

Paul W. SWANSON, Relator,

v.

Frank B. ZINN, District Judge of the Eleventh Judicial District in and for the County of McKinley, Respondent.

No. 8575.

Supreme Court of New Mexico.

Feb. 7, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on December 27, 1967, be and the same is hereby made permanent.

437 P.2d 166

STATE of New Mexico, Petitioner,

v.

Honorable Joe ANGEL, District Judge, Respondent.

No. 8614.

Supreme Court of New Mexico.

Feb. 21, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition be and the same is hereby denied.